# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| ROBERT DICKEY, | : | Civil Action No. 1:09-CV-2226 |
|---|---|---|
| Plaintiff, | : | |
| | : | (Judge Conner) |
| v. | : | |
| | : | (Magistrate Judge Carlson) |
| TYLER AND MORGAN ACQUISITIONS | : | |
| Defendant. | : | |

## REPORT AND RECOMMENDATION

**I.     INTRODUCTION**

This is an action brought under the Fair Debt Collection Act, 15 U.S.C. § 1692, which had been assigned to the undersigned for pretrial management, and to the district court for trial. The plaintiff has now filed a notice of voluntary dismissal under Rule 41 of the Federal Rules of Civil Procedure, (Doc. 3.) It is therefore recommended that the case be dismissed and closed. Furthermore, since the plaintiff has filed a voluntary dismissal, and no other party has entered an appearance in this matter, it is recommended that the Court forego Local Rule 72.3's notice and objection period requirements which otherwise attach to a Report and Recommendation by a United States Magistrate Judge.

Submitted this 14th day of April, 2010.

           <u>*S/Martin C. Carlson*</u>
           Martin C. Carlson
           United States Magistrate Judge